### 13154. McGee v. The State.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. The evidence excluded every reasonable hypothesis save that of the guilt of the accused, and was sufficient to support the verdict, which has the approval of the trial judge, and this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED FEBRUARY 14, 1922.

Indictment for manufacture of liquor; from Harris superior — Judge Malcolm D. Jones. November 26, 1921.

*Hardy & Peavy,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.

---

### 13155. McGee v. The State.

BROYLES, C. J. 1. The court did not err in overruling the defendant's motion for a continuance of the case. The ground of the motion was the absence of three material witnesses for the defense, and upon the hearing of the motion it was shown that none of these witnesses had been subpœnaed, and the defendant did not state that he expected to have their testimony at the next term of the court.

2. The defendant's conviction was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED FEBRUARY 14, 1922.

Indictment for manufacture of liquor; from Harris superior court — Judge Munro. November 3, 1921.

*Hardy & Peavy,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.

---

### 13157. Tinch v. The State.

BLOODWORTH, J. The motion for a new trial is based upon the general grounds only; there is evidence to support the verdict; no error of law appears, and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED FEBRUARY 14, 1922.

Accusation of sale of incumbered property; from city of Dawson — Judge Edwards. December 1, 1921.

*R. R. Marlin,* for plaintiff in error.

*W. H. Gurr, solicitor,* contra.